IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIANA BARNES,<br><br>                Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security;<br><br>                Defendant. | 8:25CV151<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 11) is granted and Tim Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Tim Hook in this case.

Dated this 4th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge