IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIANA BARNES,<br><br>                Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security;<br><br>                Defendant. | 8:25CV151<br><br>ORDER |

      **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 13) is denied as moot. Tim Hook was deemed withdrawn at Filing No. 11.

      **IT IS FURTHER ORDERED** that in accordance with Filing No. 13, Frank Bisignano, Commissioner of the Social Security Administration, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

      The Clerk shall modify the docket to reflect this substitution.

      Dated this 6th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge