IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIANA BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | 8:25CV151<br><br><br>**JUDGMENT** |

　　In accordance with the Order entered today (Filing No. 23), an award of attorney fees in the amount of $3,698.72 is entered in this case in favor of plaintiff Tiana Barnes and against defendant Frank Bisignano, Commissioner of the Social Security Administration.

　　Dated this 31st day of October 2025.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_Robert F. Rossiter, Jr._ (signature)

　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge